No. 78–1874. Massachusetts v. Meehan. Sup. Jud. Ct. Mass. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–1888. Maher, Commissioner of Income Maintenance of Connecticut v. Gagne. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–8. United States v. Raddatz. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–121. United States v. Henry. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–6809. Jenkins v. Anderson, Warden. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–97. California Retail Liquor Dealers Assn. v. Midcal Aluminum, Inc., et al. Ct. App. Cal., 3d App. Dist. Certiorari granted. Mr. Justice Brennan took no part in the consideration or decision of this petition.

No. 78–1218. Smith v. Michot, Superintendent of Education of Louisiana. C. A. 5th Cir. Certiorari denied.

No. 78–1351. Indiana & Michigan Electric Co. v. United Steelworkers of America, AFL–CIO–CLC. C. A. 4th Cir. Certiorari denied.